# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH G. CLARK, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 3:16-cv-01340 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

## ORDER

On January 17, 2017, the Magistrate Judge issued a Report and Recommendation (Docket No. 23), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 16) is DENIED, and the Commissioner's decision is AFFIRMED.

This Order constitutes the final judgment in this case.

It is so **ORDERED**.

ENTER this 21st day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge